UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61477-CIV-SMITH

JOSHUA ELYASHIV,

    Plaintiff,

v.

AMRK ENTERPRISES, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 4]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of September, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record